THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GREGORY TAYLOR (Impleaded), Defendant-Appellant.

(No. 57361;

First District (3rd Division)—March 15, 1973.

Opinion by Mr. JUSTICE McGLOON.

Arthur L. Pollman and Richard J. Puchalski, both of Chicago, and John R. Buczyna, of Chicago Heights, all for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Stephen J. Connolly, Assistant State's Attorneys, of counsel,) for the People.